```
1  EUGENE RYU, Bar No. 209104
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendants
   IN YONG PARK DBA GAESUNG HOUSE OF
6  TOFU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAMARLEN RAMIREZ ORTIZ, <br><br> Plaintiff, <br><br> v. <br><br> INYONG PARK dba GAESUNG HOUSE OF TOFU and DOES 1-10 +, <br><br> Defendants. | Case No. C 08 02158 RS <br><br> **STIPULATION** |

Plaintiff ROSAMARLEN RAMIREZ ORTIZ (hereinafter "Plaintiff") and Defendant, IN YONG PARK dba GAESUNG HOUSE OF TOFU (hereinafter "Defendant") by and through their respective counsel, stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to August 15, 2008.

IT IS SO STIPULATED

Dated: July 23, 2008

_____
EUGENE RYU
LITTLER MENDELSON
Attorneys for Defendants
INYONG PARK dba GAESUNG
HOUSE OF TOFU

Dated: July 24, 2008

_____
JAMES DAL BON
Attorney for Plaintiff
ROSAMARLEN RAMIREZ ORTIZ

Firmwide:85986547.1 060462.1001

STIPULATION (NO. C 08 02158 RS)