1  EUGENE RYU, Bar No. 209104
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendant
   INYONG PARK DBA GAESUNG HOUSE OF
6  TOFU

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | ROSAMARLEN RAMIREZ ORTIZ,        | Case No. C 08 02158 RS
11 |         Plaintiff,               | **NOTICE OF CHANGE OF ATTORNEY INFORMATION**
12 |   v.                             |
13 | INYONG PARK dba GAESUNG HOUSE    |
   | OF TOFU and DOES 1-10 +,         |
14 |                                  |
   |         Defendants.              |
15

16         I, SPENCER H. HIPP, California Bar ID No. 90485, have been counsel of record in

17 the above-entitled case for Defendant, INYONG PARK dba GAESUNG HOUSE OF TOFU, and

18 hereby request that my name be removed from the case. I am no longer counsel of record in the

19 above-captioned lawsuit. Another attorney from my current law firm, Eugene Ryu, California Bar

20 ID No. 209104, is currently counsel of record for Defendant in this case.

21

22 Dated: July 28, 2008

   _____
   SPENCER H. HIPP

24 Dated: July 29, 2008

   _____
   EUGENE RYU
   LITTLER MENDELSON
   Attorneys for Defendants
   INYONG PARK dba GAESUNG
   HOUSE OF TOFU

Firmwide:86023258.1 060462.1001

NOTICE OF CHANGE OF ATTORNEY
INFORMATION (NO. C 08 02158 RS)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940