1 | EUGENE RYU, Bar No. 209104
PETER C. LEUNG, Bar No. 240528
2 | LITTLER MENDELSON
A Professional Corporation
3 | 650 California Street
20th Floor
4 | San Francisco, CA  94108.2693
Telephone:    415.433.1940
5 |
Attorneys for Defendant
6 | IN YONG PARK DBA GAESUNG HOUSE OF
TOFU
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

| ROSAMARLEN RAMIREZ ORTIZ, | Case No.  C 08 02158 RS |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| INYONG PARK dba GAESUNG HOUSE OF TOFU and DOES 1-10,, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August __5__ , 2008

_____
PETER C. LEUNG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
IN YONG PARK DBA GAESUNG HOUSE
OF TOFU

Firmwide:86127539.1 060462.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (NO. C 08 02158 RS)