EUGENE RYU, Bar No. 209104
PETER C. LEUNG, Bar No. 240528
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
IN YONG PARK DBA GAESUNG HOUSE OF TOFU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAMARLEN RAMIREZ ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>INYONG PARK dba GAESUNG HOUSE OF TOFU and DOES 1-10 +,<br><br>Defendants. | Case No. C 08 02158 RS<br><br>**DEFENDANT'S RULE 26(f) INITIAL DISCLOSURES** |

Defendant, IN YONG PARK dba GAESUNG HOUSE OF TOFU ("Defendant") by and through its attorneys, and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, hereby makes the following disclosures:

**I.   WITNESSES**

The individuals disclosed below are likely to have discoverable information that Defendant may use to support its claims or defenses. In particular, these individuals are likely to have discoverable information about Plaintiff's work hours, work tasks, and how Plaintiff was paid. Each of these individuals may be contacted through counsel for Defendant. See Cal. R. Prof. Conduct 2-100.

1. In Yong Park
2. Gina Ahn
3. Steve Park

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S RULE 26(f) INITIAL
DISCLOSURES (NO. C 08 02158 RS)

1         In addition, Defendant intends to depose the Plaintiff, Rosamarlen Ramirez Ortiz.

2         Defendant reserves the right to supplement this initial disclosure with any other individuals not yet identified by Plaintiffs or Defendant. Fed. R. Civ. Proc. 26(e).

## II.  DOCUMENTS AND THINGS

        Below is a description by category of all documents, electronically-stored information, and tangible things that Defendant may use to support its claims or defenses. All documents are in the possession of Defendant or Defendant's counsel:

1. Plaintiff Rosamarlen Ramirez Ortiz's personnel file;
2. Payroll and time records for Plaintiff;
3. Records showing the start and end dates of employment, dates worked and/or dates of vacation or leave of Plaintiff;
4. Declarations and/or witness statements;
5. Documents that evidence or relate to work schedules.

        Defendant reserves the right to supplement this initial disclosure with any other documents and things not yet identified by Plaintiffs or Defendant. Fed. R. Civ. Proc. 26(e).

## III.  DAMAGES COMPUTATION AND SUPPORTING DOCUMENTS

        Not applicable to Defendant.

        Defendant reserves the right to supplement this initial disclosure with information not yet known or identified by Plaintiffs or Defendant. Fed. R. Civ. Proc. 26(e).

## IV.  DEFENDANT'S LIABILITY INSURANCE

        Defendant is not aware of any applicable liability insurance policy at this time.

        Defendant reserves the right to supplement this initial disclosure with information not yet known or identified by Plaintiffs or Defendant. Fed. R. Civ. Proc. 26(e).

///
///
///
///
///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S RULE 26(f) INITIAL DISCLOSURES (NO. C 08 02158 RS)      2.

## V. CERTIFICATION

The undersigned certifies, to the best of his knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, that the above disclosure is complete and correct as of the time it is made.

Dated: August 6, 2008

PETER C. LEUNG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
IN YONG PARK DBA GAESUNG HOUSE OF TOFU

Firmwide:86120259.1 060462.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

DEFENDANT'S RULE 26(f) INITIAL DISCLOSURES (NO. C 08 02158 RS)    3.