1  JAMES DAL BON, Bar No. 157942
   LAW OFFICES OF JAMES DAL BON
2  28 North First Street, Suite 210
   San Jose, CA 95113
3  Telephone:    408.297.4729

4  Attorney for Plaintiff
   ROSAMARLEN RAMIREZ ORTIZ
5

6

7  EUGENE RYU, Bar No. 209104
   PETER C. LEUNG, Bar No. 240528
   LITTLER MENDELSON
8  A Professional Corporation
   650 California Street
9  20th Floor
   San Francisco, CA  94108.2693
10 Telephone:    415.433.1940

11 Attorneys for Defendants
   IN YONG PARK dba GAESUNG HOUSE OF
12 TOFU

13

14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 ROSAMARLEN RAMIREZ ORTIZ,         Case No. C 08 02158 RS

18              Plaintiff,            **JOINT CASE MANAGEMENT
                                      CONFERENCE STATEMENT**
19      v.

20 INYONG PARK dba GAESUNG HOUSE
   OF TOFU and DOES 1-10 +,
21
                Defendants.
22

23
          Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Rosamarlen
24
   Ramirez Ortiz ("Ortiz") and Defendant In Yong Park dba Gaesung House of Tofu ("House of Tofu")
25
   hereby file this Case Management Conference Statement and request the Court to adopt it as its Case
26
   Management Order in this case.
27
          Plaintiff Rosamarlen Ramirez Ortiz is represented by James Dal Bon of the Law
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT CONF.
STATEMENT (C 08 02158 RS)

Offices of James Dal Bon. Defendant House of Tofu is represented by Eugene Ryu and Peter C. Leung, both of Littler Mendelson, PC.

**A.    Jurisdiction and Service**

Plaintiff filed her Complaint on April 25, 2008 in U.S. District Court – Northern District of California. There are no issues concerning jurisdiction or venue. Defendant still has yet to be served with a summons or complaint.

**B.    Facts**

In her Complaint, Plaintiff alleges that Defendant House of Tofu failed to pay overtime wages as required under the Fair Labor Standards Act and California law. Plaintiff also alleges that these overtime wages were still due at the time her employment ended, and to this day has still not been paid.

Defendant House of Tofu denies that it failed to pay overtime wages to Plaintiff. House of Tofu also denies that it owed Plaintiff any wages at the time her employment ended.

**C.    Legal Issues**

1. Whether House of Tofu owes Plaintiff any back (overtime) wages under the California Labor Code.

2. Whether House of Tofu owes Plaintiff any back (overtime) wages under the Fair Labor Standards Act.

3. Whether House of Tofu owes Plaintiff any "waiting time" penalties under the California Labor Code.

4. Whether House of Tofu's conduct constitutes a violation of Cal. Bus. & Prof. Code § 17200.

5. Whether House of Tofu violated California Labor Code § 226.

**D.    Motions**

The parties have filed no motions and there are no motions pending before this Court. Both parties intend to file Motions for Summary Judgment once discovery is completed.

**E.    Amendment of Pleadings**

The parties do not intend to amend their pleadings, however, if a party needs to amend, the parties stipulate to a deadline of February 1, 2009.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT CONF.
STATEMENT (C 08 02158 RS)       2.

**F.  Evidence Preservation**

House of Tofu has preserved all evidence relevant to the issues in this action for production to Plaintiff if necessary.

**G.  Disclosures**

Plaintiff will file her initial disclosures by August 7, 2008, per oral stipulation with Defense counsel. Defendant House of Tofu has filed and served its initial disclosures.

**H.  Discovery**

   1. **Discovery Plan:**

   a.  Defendant House of Tofu intends to conduct discovery on the following subjects:

      (1)  The hours worked by Plaintiff;

      (2)  The amounts Plaintiff received as compensation;

      (3)  All issues raised in the Complaint and the Answer and affirmative defenses contained therein.

   b.  Plaintiff also intends to conduct discovery on the above topics.

   c.  No limitation on Request for Admissions by each party to any other party.

   d.  No limitation on the number of depositions other than the limitations imposed by the Federal Rules of Civil Procedure.

   e.  Each deposition shall be limited to a maximum of ten (10) hours unless extended by agreement of the parties. The parties stipulate to extend the deposition time limit to ten hours on the grounds that some individuals to be deposed, including Plaintiff will require additional time due to the use of an interpreter. Defendant anticipates that it may need more than ten hours to complete the deposition of Plaintiff, and requests that the Court grant additional time.

**I.  Class Actions**

This case is not a class action.

**J.  Related Cases**

There are no related cases.

**K.  Relief**

Plaintiff seeks compensatory damages (liquidated damages and restitution), penalties under the California Labor Code, prejudgment interest, as well as costs and attorneys' fees.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT CONF.
STATEMENT (C 08 02158 RS)         3.

**L.   Settlement Alternative Dispute Resolution**

The parties will participate in Court sponsored mediation (Early Neutral Evaluation) pursuant to the Northern District's ADR process. The parties have filed the ADR stipulation with the Court.

**M.   Consent to Magistrate Judge for All Purposes**

Defendant House of Tofu has consented to a Magistrate Judge for all purposes. Plaintiff has not filed its consent to a Magistrate Judge, but Plaintiff's counsel has represented to Defense counsel that she will do so and represents to this court that she consents to a Magistrate Judge for all purposes.

**N.   Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**O.   Narrowing of Issues**

The issues in this case cannot be narrowed by agreement. Defendant will meet and confer with Plaintiff prior to trial to attempt to expedite the admission of evidence through stipulation.

**P.   Expedited Schedule**

The parties do not believe this case is suitable for an expedited schedule.

**Q.   Scheduling**

The parties request the following case schedule:

April 3, 2009 - All non-expert discovery shall cut off.

May 8, 2009 - Disclosure and production of initial reports from retained experts for the parties under Fed. R. Civ. P. 26(a)(2) are to be served.

June 8, 2009 - Supplementary expert disclosure and reports to be served.

June 22, 2009 - Expert discovery shall cut-off.

July 8, 2009   - All dispositive motions shall be filed.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT CONF.
STATEMENT (C 08 02158 RS)                   4.

R.  **Trial**

The parties estimate the length of trial to be five days.

S.  **Disclosure of Non-Party Interested Entities or Persons**

Defendant has filed its "Certification of Interested Entities or Persons" as required by Civil Local Rule 3-16. Defendant restates that it is not aware of any entities with a financial interest in the subject matter in controversy or in a party to the proceeding.

Dated: August 6, 2008

    /s/ JAMES DAL BON
JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
Attorneys for Plaintiff
ROSAMARLEN RAMIREZ ORTIZ

Dated: August 6, 2008

PETER C. LEUNG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
IN YONG PARK DBA GAESUNG HOUSE OF TOFU

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT CONF.
STATEMENT (C 08 02158 RS)                5.


**ATTESTATION**

I, Peter C. Leung, attest as follows:

1. I am an attorney duly licensed to practice before this Court and am an associate for the law firm Littler Mendelson P.C., attorneys for Defendants In Yong Park dba Gaesung House of Tofu.

2. I have attained concurrence from James Dal Bon, attorney for Plaintiff Rosamarlen Ramirez Ortiz, to include his conformed signature to and to file the attached Joint Case Management Conference Statement on behalf of both parties.

Dated: August 6, 2008

_____
PETER C. LEUNG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
IN YONG PARK DBA GAESUNG HOUSE OF TOFU

Firmwide:86141272.1 060462.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT CONF. STATEMENT (C 08 02158 RS)    6.