EUGENE RYU, Bar No. 209104
PETER C. LEUNG, Bar No. 240528
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
IN YONG PARK DBA GAESUNG HOUSE OF TOFU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAMARLEN RAMIREZ ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>INYONG PARK dba GAESUNG HOUSE OF TOFU and DOES 1-10,,<br><br>Defendant. | Case No. C 08 02158 RS<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE PURSUANT TO LR 16-10(A)**<br><br>Conference Date: August 13, 2008<br>Time: 2:30 p.m.<br>Judge: Richard Seeborg<br><br>Complaint Filed: April 25, 2008 |

Littler Mendelson represents Defendant In Yong Park dba Gaesung House of Tofu in the above-entitled matter. A Case Management Conference is scheduled before the Honorable Richard Seeborg on August 13, 2008 at 2:30 p.m. Pursuant to Local Rule 16-10(a), we respectfully request to telephonically participate in the Case Management Conference scheduled on August 13, 2008.

Dated: August 6, 2008

PETER C. LEUNG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
IN YONG PARK DBA GAESUNG HOUSE OF TOFU

Firmwide:86125453.1 060462.1001

REQUEST TO PARTICIPATE IN CASE
MANAGEMENT CONFERENCE BY
TELEPHONE (NO. C 08 02158 RS)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940