# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ortiz, | 08-02158 RS ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Park, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Charles J. McClain**
Attorney at Law
UC-Boalt School of Law
Berkeley, CA 94720
510-642-4038
mcclain@uclink4.berkeley.edu

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02158 RS ENE                                      - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: August 21, 2008

                                                  RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel for Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-02158 RS ENE                                  - 2 -