# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ortiz,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Park,<br><br>　　　　　　　Defendant(s). | 08-02158 RS ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The appointment of Charles J. McClain to serve as the Evaluator in this matter is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: August 29, 2008

　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　by:　Alice M. Fiel for
　　　　　　　　　　　　　　　　　　　　　　　　Claudia M. Forehand

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　ADR Case Administrator
　　　　　　　　　　　　　　　　　　　　　415-522-2059
　　　　　　　　　　　　　　　　　　　　　Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Evaluator**
08-02158 RS MED