# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ortiz, | 08-02158 RS ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Park, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Roderick P. Bushnell
> Bushnell, Caplan, Fielding, & Maier, LLP
> 900 Kearny St., Suite 299
> San Francisco, CA 94133-5124
> 415-217-3800

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02158 RS ENE                 - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: September 3, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov