1  EUGENE RYU, Bar No. 209104
   PETER C. LEUNG, Bar No. 240528
2  LITTLER MENDELSON                          *E-FILED 11/7/08*
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorneys for Defendant
6  IN YONG PARK DBA GAESUNG HOUSE OF
   TOFU
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  ROSAMARLEN RAMIREZ ORTIZ,          Case No. C 08 02158 RS

11              Plaintiff,              STIPULATION AND  [PROPOSED]
                                        ORDER TO EXTEND DEADLINE FOR
12          v.                          ALTERNATIVE DISPUTE RESOLUTION

13  INYONG PARK dba GAESUNG HOUSE
    OF TOFU and DOES 1-10,,
14
                Defendant.
15

16          Plaintiff Rosamarlen Ramirez Ortiz ("Plaintiff"), and Defendant In Yong Park dba
17
    Gaesung House of Tofu ("Defendant") (collectively the "Parties"), by and through their counsel of
18
    record, hereby stipulate and agree as follows:
19
            WHEREAS, on April 25, 2008, Plaintiff filed a Complaint in the United States
20
    District Court For The Northern District Of California – San Jose Division.
21
            WHEREAS, the Parties are currently scheduled to submit this matter to early neutral
22
    evaluation on November 11, 2008 in front of neutral evaluator Roderick Bushnell, per the alternative
23
    dispute resolution rules propagated by the Northern District of California.
24
            WHEREAS the Parties, through their counsel, conferred and agree that they that it
25
    would serve the best interests of the Parties to continue their informal settlement discussions and to
26
    postpone the early neutral evaluation.
27
            AND WHEREAS the Parties have contacted Mr. Bushnell regarding their desire to
28

LITTLER MENDELSON    STIPULATION AND  [PROPOSED] ORDER TO
A PROFESSIONAL CORPORATION   EXTEND DEADLINE FOR ALTERNATIVE
650 California Street
20th Floor           DISPUTE RESOLUTION
San Francisco, CA  94108 2693
415.433.1940

1 | postpone the early neutral evaluation and have received Mr. Bushnell's approval.

2 |        The Parties hereby stipulate to continue last day to complete the alternative dispute

3 | resolution proceedings as required by the Northern District Of California to January 9, 2009.

4 | Dated: November 5 , 2008

5

6

7 |               PETER C. LEUNG

              LITTLER MENDELSON

8 |               A Professional Corporation

              Attorneys for Defendant

9 |               IN YONG PARK DBA GAESUNG HOUSE

              OF TOFU

10

11 | Dated: November 6 , 2008

12

13

14 |               JAMES DAL BON

              LAW OFFICES OF JAMES DAL BON

15 |               Attorneys for Plaintiff

              ROSAMARLEN RAMIREZ ORTIZ

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27

28

ITTLER MENDELSON
.Professional Corporation
650 California Street
20th Floor
Freemont, CA 94105-2400
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE FOR ALTERNATIVE          2,
DISPUTE RESOLUTION

1

## ~~[PROPOSED]~~ ORDER

2

3      Pursuant to foregoing stipulation of the Parties, IT IS HEREBY ORDERED that the Early Neutral

4      Evaluation in the matter of *Ortiz v. Park dba Gaesung House of Tofu* be completed by January 9,

5      2009.

6

7      IT IS SO ORDERED.

8

9

10     Dated: November __7__, 2008

11

12                                              _____
                                                HONORABLE RICHARD SEEBORG
13                                              United States District Court - Northern
                                                District Of California
14

15

16

17     Firmwide:87331768.1 060462.1001

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION AND  [PROPOSED] ORDER TO
EXTEND DEADLINE FOR ALTERNATIVE           3.
DISPUTE RESOLUTION