**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-FILED\***
**December 15, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROSAMARLEN RAMIREZ ORTIZ,

       Plaintiffs,

v.

INYONG PARK,

       Defendant.

/

No. C 08-02158 RS

**ORDER RE: SETTLEMENT;
STAND-BY ORDER TO SHOW
CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Court has been informed that the above-entitled action has settled.  Accordingly, the

Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

**March 25, 2009**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

appear on **April 1, 2009 at 9:30 a.m.** and show cause why the case should not be dismissed.

      Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated: December 15, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Eugene Chang Ryu     Eryu@littler.com

James Dal Bon     jdblaw@earthlink.net

Peter Chi-Pan Leung     pleung@littler.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 15, 2008

 /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California